UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA E. EISEN,<br><br>                       Plaintiff,<br><br>              v.<br><br>ANDREW M. CUOMO, Governor of New York, in his official capacity, PETER S. KOSINSKI, Co-Chair of the New York State Board of Elections, in his official capacity, DOUGLAS A. KELLNER, Co-Chair of the New York State Board of Elections, in his official capacity, and ANDREW J. SPANO, Commissioner of the New York State Board of Elections, in his official capacity,<br><br>                      Defendants. | Case No.: 7:20-cv-05121-PMH<br><br><br>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

**PLEASE TAKE NOTICE** that, pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, James E. Tyrrell III hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Joshua E. Eisen in the above-captioned action.

I am in good standing of the Bars of the State of Maryland and the District of Columbia of and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3 with Certificates of Good Standing annexed thereto.

| | |
|---|---|
| Dated: Washington, D.C.<br>      July 7, 2020 | Respectfully submitted,<br><br>**VENABLE LLP**<br><br>By: */s/ James E. Tyrrell III*<br>    James E. Tyrrell III<br>600 Massachusetts Ave NW<br>Washington, DC 20001<br>Tel.: (202) 344-4522<br>Fax: (202) 344-8300<br>JETyrrell@Venable.com<br><br>*Attorneys for Plaintiff*<br>*Joshua E. Eisen* |