UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA E. EISEN,

Plaintiff,

v.

ANDREW M. CUOMO, Governor of New York, in his official capacity, PETER S. KOSINSKI, Co-Chair of the New York State Board of Elections, in his official capacity, DOUGLAS A. KELLNER, Co-Chair of the New York State Board of Elections, in his official capacity, and ANDREW J. SPANO, Commissioner of the New York State Board of Elections, in his official capacity,

Defendants.

Case No. 7:20-cv-05121

**AFFIDAVIT OF JAMES E. TYRRELL III IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

WASHINGTON           )
                     ) ss.:
DISTRICT OF COLUMBIA )

James E. Tyrrell III, being duly sworn, hereby deposes and says as follows:

1. I am a partner in the law firm of Venable LLP, counsel to Plaintiff Joshua E. Eisen in the case captioned above ("Eisen").

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter on behalf of Eisen.

3. As shown via the attached true and correct copies of my Certificates of Good Standing, I am a member in good standing of the Bars of Maryland (**Exhibit A**) and the District of Columbia (**Exhibit B**).

4. There are no pending disciplinary proceedings against me in any jurisdiction.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this case on behalf of Plaintiff Joshua E. Eisen.

Dated: Washington, D.C.
July 6, 2020

JAMES E. TYRRELL III

Subscribed and sworn to (or affirmed) before me on this __6__ day of July 2020, by James Tyrrell III who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Notary Public for the District of Columbia

My Commission Expires: 9/14/2022



Ashley Spencer
Notary Public, State of Texas
Comm. Expires 09-14-2022
Notary ID 131722901

Notarized Online with NotaryLive.com

2

This document is signed by

| | | |
|---|---|---|
| | **Signatory** | CN=Ashley Spencer, OU=A01410C0000017157A92F7F000007CD, O=Unaffiliated, C=US |
| | **Date/Time** | Mon Jul 06 21:05:22 UTC 2020 |
| | **Issuer-Certificate** | CN=IGC CA 1, OU=IdenTrust Global Common, O=IdenTrust, C=US |
| | **Serial-No.** | 85078082884588970532237204506223641151 |
| | **Method** | urn:adobe.com:Adobe.PPKLite:adbe.pkcs7.sha1 (Adobe Signature) |