**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSHUA E. EISEN,<br><br>                    Plaintiff,<br><br>         v.<br><br>ANDREW M. CUOMO, Governor of New York, in his official capacity, PETER S. KOSINSKI, Co-Chair of the New York State Board of Elections, in his official capacity, DOUGLAS A. KELLNER, Co-Chair of the New York State Board of Elections, in his official capacity, and ANDREW J. SPANO, Commissioner of the New York State Board of Elections, in his official capacity,<br><br>                    Defendants. | Case No.: 7:20-cv-05121-PMH<br><br><br>**ORDER FOR ADMISSION OF JAMES E. TYRRELL III PRO HAC VICE** |

The motion for James E. Tyrrell III, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Maryland and the District of Columbia and that his contact information is as follows:

| Applicant's Name: | James E. Tyrrell III |
|---|---|
| Firm Name: | Venable LLP |
| Address: | 600 Massachusetts Ave NW |
| City, State/Zip | Washington, D.C. 20001 |
| Telephone/Fax | (202) 344-4522 / (202) 344-8300 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Joshua E. Eisen ("Eisen") in the above-entitled action;

IT IS HEREBY ORDERED that applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**SO ORDERED.**

Dated: _____, 2020

                                        _____
                                        Hon. Philip M. Halpern
                                        United States District Judge