UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA E. EISEN,

Plaintiff,

v.

ANDREW M. CUOMO, Governor of New York, in his official capacity, PETER S. KOSINSKI, Co-Chair of the New York State Board of Elections, in his official capacity, DOUGLAS A. KELLNER, Co-Chair of the New York State Board of Elections, in his official capacity, and ANDREW J. SPANO, Commissioner of the New York State Board of Elections, in his official capacity,

Defendants.

Case No. 7:20-cv-05121

**AFFIDAVIT OF JACOB P. TULLY IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

WASHINGTON           )
                     ) ss.:
DISTRICT OF COLUMBIA )

Jacob P. Tully, being duly sworn, hereby deposes and says as follows:

1. I am an associate in the law firm of Venable LLP, counsel to Plaintiff Joshua E. Eisen in the case captioned above ("Eisen").

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter on behalf of Eisen.

3. As shown via the attached true and correct copy of a Certificate of Good Standing, I am a member in good standing of the Bar of the District of Columbia (**Exhibit A**).

4. There are no pending disciplinary proceedings against me in any jurisdiction.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this case on behalf of Plaintiff Joshua E. Eisen.

Dated: Washington, D.C.
July 6, 2020

_____
JACOB P. TULLY

Subscribed and sworn to (or affirmed) before me on this ____ day of July 2020, by _____ who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public for the District of Columbia

My Commission Expires: 04-14-2022

SCOTT BLUMENFELD
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2022

2