**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSHUA E. EISEN,

Plaintiff,

v.

ANDREW M. CUOMO, Governor of New York, in his official capacity, PETER S. KOSINSKI, Co-Chair of the New York State Board of Elections, in his official capacity, DOUGLAS A. KELLNER, Co-Chair of the New York State Board of Elections, in his official capacity, and ANDREW J. SPANO, Commissioner of the New York State Board of Elections, in his official capacity,

Defendants.

Case No.: 7:20-cv-05121-PMH-LMS

**NOTICE OF APPEARANCE OF JAMES E. TYRRELL III AS COUNSEL FOR PLAINTIFF JOSHUA E. EISEN**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Joshua E. Eisen.

Dated: July 8, 2020

Respectfully submitted,

VENABLE LLP

By: */s/ James E. Tyrrell III*

James E. Tyrrell III*
600 Massachusetts Avenue NW
Washington, DC 20001
Tel: (202) 344-4522
Fax: (202) 344-8300
JETyrrell@venable.com

*Attorneys for Plaintiff Joshua E. Eisen*

*Admitted Pro Hac Vice