# EXHIBIT 2

At IAS Part __ of the Supreme Court of the State of New York, held in and for the County of Westchester, at the Courthouse, 111 Dr. Martin Luther King, Jr. Boulevard, White Plains, NY 10601, on the 20th day of April, 2020.

P R E S E N T:

Hon. JAMES W HUBERT
J.S.C.

---------------------------------------------------------------X

Application of JOSHUA EISEN,

Petitioner,

For a Judgment Pursuant to CPLR Article 78, Executive Law §28, Executive Orders 202, 202.2, 202.8, 202.13, 202.14, and 202.15, and Election Law Article 6,

-against-

ANDREW M. CUOMO, the GOVERNOR of the STATE OF NEW YORK, AND PETER S. KOSINSKI (CO-CHAIR), DOUGLAS A. KELLNER (CO-CHAIR) AND ANDREW J. SPANO, COMMISSIONERS, CONSTITUTING THE NEW YORK STATE BOARD OF ELECTIONS,

Respondents.

---------------------------------------------------------------X

Index no.: 54542 /2020

**ORDER TO SHOW CAUSE**

DECISION + RULING ANNEXED HERETO
APPLICATION IS DENIED AS SET FORTH

James W. Hubert
HON JAMES W. HUBERT

Upon reading and filing of the annexed Affidavit of Joshua Eisen, sworn to on April 19, 2020, the Verified Petition in this action seeking an order pursuant to CPLR Article 78 directing Respondents to permit Petitioner to obtain electronic signatures on nominating petitions to qualify to be on the ballot as an independent candidate for Congress in New York's 17th Congressional District, and upon all papers filed and proceedings heretofore had herein;

LET the Respondents or their attorney(s), show cause before this Court, at IAS Part __, to be held in and for the County of Westchester, at the Courthouse, 111 Dr. Martin Luther King,

Jr. Boulevard, White Plains, NY 10601, on the ___ day of April, 2020, at ___ ___M, or as soon thereafter as counsel can be heard, why an Order should not be made and entered for the following relief:

(A) Directing the Respondents to promptly permit Petitioner to obtain electronic signatures on nominating petitions instead of original signatures as a condition for qualifying to be an independent candidate for Congress in New York's 17th Congressional District;

(B) Prohibiting Respondents from requiring Petitioner to obtain original signatures on nominating petitions in order to qualify to become an independent candidate for Congress in New York's 17th Congressional District in the next general election; and

(C) For such other and further relief as to this Court seems just and proper.

**SUFFICIENT CAUSE APPEARING THEREFOR**, it is hereby

**ORDERED**, that service of a conformed copy of this Order to Show Cause, and the papers upon which it is based, upon:

Andrew M. Cuomo, the Governor of The State of New York
NYS State Capitol Building
Albany, New York 12224
(518) 474-8390

Peter S. Kosinski, Co-Chair/Commissioner
New York State Board of Elections
40 North Pearl Street, Suite 5
Albany, New York 12207-2729
(518) 474-6220

Douglas A. Kellner, Co-Chair/Commissioner
New York State Board of Elections
40 North Pearl Street, Suite 5
Albany, New York 12207-2729
(518) 474-6220

Andrew J. Spano, Commissioner
New York State Board of Elections
40 North Pearl Street, Suite 5
Albany, New York 12207-2729
(518) 474-6220

NYS Attorney General Letitia James
44 South Broadway
White Plains, NY 10601
(914) 422-8755

by Express delivery, on or before April ___, 2020, shall be deemed sufficient service hereof.

E N T E R:

J.S.C.

DECISION + RULING

The Court has reviewed the proposed order, petition, and affidavit in support. Execution of the order is denied.

There is no legal authority for the use of electronic signatures in the above referenced matter. The petitioner concedes this point. The Court has no jurisdiction to act in a legislative capacity and may not change or modify legislative mandates based on reasons set forth therein. The proposed order will not be signed

The afore said constitutes the decision + order of the Court

White Plains, NY
April 20, 202

James W. Hubert
HON. JAMES HUBERT JSC