UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSHUA E. EISEN and GARY E.
GREENBERG,

                       Plaintiffs,                                ORDER

v.

                                                                20-cv-05121 (PMH)

ANDREW M. CUOMO, Governor of New York,
in his official capacity, PETER S. KOSINSKI, Co-
Chair of the New York State Board of Elections, in
his official capacity, DOUGLAS A. KELLNER,
Co-Chair of the New York State Board of Elections,
in his official capacity, and ANDREW J. SPANO,
Commissioner of the New York State Board of
Elections, in his official capacity,

                       Defendants.
------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       Counsel for all parties appeared for the hearing I scheduled at 10:00 a.m. today; defendants' counsel in my courtroom and plaintiffs' counsel by means of videoconference. Oral argument was had on the record. Neither party called any witnesses.

       For the reasons indicated on the record and law cited therein, Plaintiffs' motion for a preliminary injunction (Docs. 18-21, 27) is DENIED. See transcript.

SO-ORDERED:

Dated: New York, New York
       July 27, 2020

                                                          _____
                                                          Philip M. Halpern
                                                          United States District Judge