

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMESTE COUNSEL
ATTORNEY GENERALBUREAU

Writer's D

> Application granted. Defendants' time to answer or otherwise move with respect to the Amended Complaint due 8/17/2020.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> July 31, 2020

**By ECF**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Joshua Eisen v. Andrew M. Cuomo, et al.*,
S.D.N.Y No. 20-cv-5121-PMH-LMS

Dear Judge Halpern:

This Office represents defendants Andrew M. Cuomo, Governor of New York, Peter S. Kosinski and Douglas A. Kellner, Co-Chairs of the New York State Board of Elections, and Andrew J. Spano, Commissioner of the New York State Board of Elections. I write to request an extension of Defendants' time to answer, move or otherwise respond to the Amended Complaint in this matter, from August 3, 2020, for a period of two weeks, until August 17, 2020. Defendants seek an extension because a number of personnel responsible for assisting in preparation of either an answer or a motion are unavailable due to vacation schedules or are otherwise engaged in other lengthy judicial and administrative proceedings. This is Defendants' first request for an extension of time to respond to the Amended Complaint.

I left telephone messages for James Tyrrell, counsel for Plaintiffs, but have not been able to reach him to ascertain plaintiffs' position concerning this request.

Thank you for Your Honor's consideration.

Respectfully submitted,

*Seth J Farber* /s/
Seth J. Farber
Assistant Attorney General

cc: All Counsel (via ECF)