UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA E. EISEN and GARY E. GREENBERG,

Plaintiffs,

-v.-

ANDREW M. CUOMO, Governor of New York, in his official capacity, PETER S.KOSINSKI, Co-Chair of the New York State Board of Elections, in his official capacity, DOUGLAS A. KELLNER, Co-Chair of the New York State Board of Elections, in his official capacity, and ANDREW J. SPANO, Commissioner of the New York State Board of Elections, in his official capacity,

Defendants.

Case No. 20-cv-05121-PMH-LMS

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties by their undersigned counsel, that the foregoing action is dismissed, with prejudice and without costs or attorney's fees, pursuant to F.R.C.P. 41(a)(1)(A)(ii).

Dated: New York, New York
August 12, 2020

VENABLE, LLP,

By: /s/James E. Tyrrell, III
James E. Tyrrell, III
Attorneys for Plaintiffs
600 Massachusetts Avenue NW
Washington, DC 20001
(202) 344-4522
JETyrrell@venable.com

LETITIA JAMES
Attorney General
State of New York

By: /s/Seth J. Farber
Seth J. Farber
Assistant Attorney General
Attorney for Defendants
28 Liberty Street
New York, New York 10005
(212) 416-8029 (SJF)
Seth.Farber@ag.ny.gov